FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANDRE M. JONES,<br><br>Defendant. | No.  2:24-CR-0171-RLP<br><br>PROTECTIVE ORDER |

Before the Court is the Government's unopposed motion for a Protective Order (ECF No. 18). The Government requests that an order be granted to protect disclosure of discovery materials and the sensitive information contained therein provided to defense counsel in connection with the Government's discovery obligations. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Unopposed Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information (**ECF No. 18**) is **GRANTED**.

PROTECTIVE ORDER - 1

2. The United States is authorized to disclose the discovery including sensitive information and materials (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

3. Government personnel and counsel for DeAndre M. Jones ("Defendant"), shall not provide, or make available, the sensitive information in the Discovery to any person except as specified in the Order or by approval from this Court. Counsel for Defendant and the Government shall restrict access to the Discovery, and shall only disclose the sensitive information in the Discovery to their client, office staff, investigators, independent paralegals, necessary third-party vendors, consultants, and/or anticipated fact or expert witnesses to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter or that the Government believes is necessary in the investigation and prosecution of this matter.

4. Third parties contracted by the United States or counsel for Defendant to provide expert analysis or testimony may possess and inspect the sensitive information in the Discovery, but only as necessary to perform their case-related duties or responsibilities in this matter. At all times, third parties shall be subject to the terms of the Order.

5. Discovery in this matter will be available to defense counsel via access to a case file on USA File Exchange. Counsel for Defense may download Discovery from USA File Exchange and shall exercise reasonable care in ensuring the security and confidentiality of the Discovery by electronically storing the Discovery on a password-protected or

PROTECTIVE ORDER - 2

1  encrypted storage medium, including a password-protected computer, or device. If
2  Discovery is printed, Counsel must also exercise reasonable care in ensuring the security
3  and confidentiality of the Discovery by storing copies in a secure place, such as a locked
4  office, or otherwise secure facility where visitors are not left unescorted

5      6.    All counsel of record in this matter, including counsel for the United States,
6  shall ensure that any party, including the Defendant, that obtains access to the Discovery is
7  advised of this Order and that all information must be held in strict confidence and that the
8  recipient may not further disclose or disseminate the information. Any other party that
9  obtains access to, or possession of, the Discovery containing discovery information once the
10 other party no longer requires access to or possession of such Discovery shall promptly
11 destroy or return the Discovery once access to Discovery is no longer necessary. No other
12 party that obtains access to or possession of the Discovery containing sensitive information
13 shall retain such access to or possession of the Discovery containing sensitive information
14 unless authorized by this Order, nor further disseminate such Discovery expect as authorized
15 by this Order or the further Order of this court. For purposes of this Order, "other party" is
16 any person other than appointed counsel for the United States or counsel for Defendant.

17     7.    All counsel of record, including counsel for the United States, shall keep a list
18 of the identity of each person to whom the Discovery containing sensitive information is
19 disclosed. Neither counsel for Defendant nor counsel for the United States shall be required
20 to disclose this list of persons unless ordered to do so by the Court.

8. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for Defendant shall retrieve and destroy all copies of the Discovery containing sensitive information, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

9. Government personnel and counsel for Defendant shall promptly report to the Court any known violations of this Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** March 3, 2025.

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE