PROB 12C
(6/16)

Report Date:  May 29, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

ECF No 50

Name of Offender: Deandre M. Jones                Case Number: 0980 2:24CR00171-RLP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 11, 2025

Original Offense:        Bank Theft, 18 U.S.C. § 2113 (c)

Original Sentence:       Prison - 4 months;          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Frieda K. Zimmerman         Date Supervision Commenced: May 22, 2026

Defense Attorney:        Michael Raymond Merritt      Date Supervision Expires: May 21, 2029

---

### PETITIONING THE COURT

To issue a warrant.

On December 11, 2025, the conditions of supervised released were read to Mr. Jones at his sentencing.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: It is alleged that the offender violated standard condition number 13, by failing to follow the instructions of the probation officer related to the conditions of supervision.

On May 22, 2026, the offender contacted the U.S. Probation Officer to notify that he would not be arriving in Spokane, Washington, until after 4 p.m.,following his release from the Bureau of Prisons.  He was instructed to report to U.S. Probation Office on Wednesday, May 27, 2026.

On May 26, 2026, the offender reported to the United States Probation Office. He provided both his telephone number and the address at which he was planning to reside. He was given his U.S. probation officer's business card and contact information and was instructed to report on May 27, 2026.

**Prob12C**
**Re: Jones, Deandre M.**
**May 29, 2026**
**Page 2**

On May 27, 2026, the offender was a no show no call. The undersigned attempted to contact the offender via telephone, and it appears the reported telephone number is no longer active.

2      **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that the offender violated standard condition number 2, by failing to report to the U.S. Probation Office on May 27, 2026.

On May 26, 2026, the offender was given instructions to report on May 27, 2026. He failed to report on May 27, 2026, as instructed. (See violation number 1)

3      **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that the offender violated standard condition number 5, by failing to notify the U.S. Probation Office of any changes with his residence.

On May 28, 2026, the undersigned attempted a home contact at the location he provide to the probation office on Tuesday, May 26, 2026. Upon arrival, the undersigned could see inside the home and it was visibly vacant, there was nothing inside the residence. A business card was left at the residence instructing Mr. Jones to report to the U.S. Probation Office at 8 a.m., on May 29, 2026.

4      **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: It is alleged that the offender violated standard condition number 13, by failing to follow the instructions of the probation officer related to the conditions of supervision.

On May 28, 2026, the officer left a business card at the address he provided instructing the offender to report to the U.S. Probation Office on May 29, 2026 at 8 a.m.

On May 29, 2026, the offender was a no show no call. The offenders whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Jones, Deandre M.**
**May 29, 2026**
**Page 3**

|  |  |
|---|---|
| Executed on: | May 29, 2026 |
|  | s/Courtney Hambel |
|  | Courtney Hambel<br>U.S. Probation Officer |

THE COURT ORDERS

[  ]    No Action
[x]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

June 1, 2026

Date